IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DARRELL WAYNE FRANKLIN, 664409,  )
        Plaintiff,   )
            )
v.           )     No. 3:10-CV-2274-K
            )
BOARD OF PARDONS AND PAROLES,  )
        Defendant.   )

### ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

**SO ORDERED.**

Signed this 22nd day of March, 2011.


_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE